IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCIS EDWARD VEASEY<br><br>Plaintiff,<br><br>v.<br><br>MIKE FISHER, TOM CORBETT, JEFFERY BEARD, LOUIS S. FOLINO, DEAN GEEHING, CAPTAIN WINFIELD, LIEUTENANT TONY,<br><br>Defendants. | Civil Action No. 07 - 1446<br><br>Chief District Judge Donetta W. Ambrose |

**MEMORANDUM ORDER**

The above captioned case was transferred to this District by the United States District Court for the Eastern District on October 25, 2007 and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

On April 8, 2008, Magistrate Judge Lisa Pupo Lenihan filed a Report and Recommendation (doc. no. 30), recommending that the Defendants' Motion to Dismiss Complaint or, in the Alternative, Motion for Summary Judgment (doc. no. 15) be granted. Plaintiff filed Objections to the Report and Recommendation on April 11, 2008 (doc. no. 31). Plaintiff's objections do not undermine the recommendation of the Magistrate Judge.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, and the Objections thereto, the following order is entered:

AND NOW, this 15th day of April, 2008;

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss Complaint or, in the Alternative, Motion for Summary Judgment (doc. no. 15) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (doc. no. 30) of Magistrate Judge Lenihan dated April 8, 2008, is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

Donetta W. Ambrose
United States District Judge, Chief

cc: Lisa Pupo Lenihan
United States Magistrate Judge

Francis Edward Veasey, DL-2772
S.C.I. at Fayette
P.O. Box 9999
LaBelle, PA 15450